NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

BANNER LEGAL
Jeremy C. Shafer (Bar No. 235318)
445 Marine View Ave., Suite 300
Del Mar, CA 92014
Tel: (888) 215-7834

CLEAR FORM

ATTORNEY(S) FOR: PLaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GFC & SUPPLY INC., dba BIGPAPA BREAKS | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25-cv-10054 |
| v. | |
| TIKTOK INC., and any successors in interest; et al | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   PLAINTIFF GFC & SUPPLY INC., dba BIGPAPA BREAKS
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| GFC & SUPPLY INC., dba BIGPAPA BREAKS | PLAINTIFF |
| TIKTOK INC. | DEFENDANT |
| BYTEDANCE INC. | DEFENDANT |
| BYTEDANCE LTD. | DEFENDANT |
| FANATICS, INC. | DEFENDANT |
| NATIONAL FOOTBALL LEAGUE | DEFENDANT |
| NFL PROPERTIES LLC | DEFENDANT |
| NFL ENTERPRISES LLC | DEFENDANT |

October 27, 2025                    /s/ Jeremy C. Shafer
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff GFC & SUPPLY INC., dba BIGPAPA BREAKS