AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| GFC & SUPPLY INC., dba BIGPAPA BREAKS<br><br>*Plaintiff(s)*<br>v.<br>TikTok Inc. and any successors in interest; Bytedance Inc; Bytedance Ltd; Fanatics Inc; National Football League, an unincorporated association; NFL Properties LLC; NFL Enterprises LLC; and DOES 1-50, Inclusive<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-10054 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    NATIONAL FOOTBALL LEAGUE, an unicorporated association
    345 Park Avenue
    New York, NY 10154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    BANNER LEGAL
    Attn: Jeremy C. Shafer, Esq.
    445 Marine View Ave, Suite 300
    Del Mar, CA 92014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                                   *Signature of Clerk or Deputy Clerk*