**BANNER LEGAL**
Jeremy C. Shafer (Bar No. 235318)
445 Marine View Ave., Suite 300
Del Mar, CA 92014
Tel: (888) 215-7834
Email: jshafer@bannerlegal.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GFC & SUPPLY INC., dba BIGPAPA BREAKS, <br><br> Plaintiff, <br> vs. <br><br> TIKTOK INC. and any successors in interest; BYTEDANCE INC.; BYTEDANCE LTD.; FANATICS, INC; NATIONAL FOOTBALL LEAGUE, AN UNINCORPORATED ASSOCIATION; NFL PROPERTIES LLC; NFL ENTERPRISES LLC; AND DOES 1–50, INCLUSIVE, <br><br> Defendants. | Case No.: <br><br> **2:25-cv-10054**-JLS-(AGRx) <br><br> Honorable Josephine L. Staton, United States District Judge <br><br> Complaint Filed: October 20, 2025 <br> Trial Date: Not Set |

# DECLARATION OF JEREMY C. SHAFER
# IN SUPPORT OF PLAINTIFF GFC & SUPPLY INC.'S RESPONSE
# TO ORDER TO SHOW CAUSE

I, Jeremy C. Shafer, declare as follows:

1. I am an attorney duly licensed to practice before this Court and counsel of record for Plaintiff GFC & Supply Inc. I have personal knowledge of the facts stated herein and could competently testify thereto.

2. This declaration is submitted in support of Plaintiff's Response to the Court's Order to Show Cause Re Dismissal for Lack of Prosecution.

3. Plaintiff filed this action against seven corporate Defendants, including three California corporations and four out-of-state corporations, each requiring separate service efforts.

4. Prior to receiving the Court's Order to Show Cause, I had prepared service packets for each Defendant, including the Summons and Complaint and, for the California Defendants, Notices and Acknowledgments of Receipt.

5. On or about January 26, 2026, each service packet was mailed to the respective Defendant's corporate headquarters by certified mail with return receipt requested.

6. At the time Plaintiff received the Court's Order to Show Cause, all service packets had already been prepared and mailed.

7. Plaintiff is currently awaiting executed return receipts and acknowledgment forms and based on delivery confirmations and prior experience with corporate defendants, Plaintiff reasonably anticipates receipt of executed

acknowledgments and/or waivers in the ordinary course.

8. Attached hereto as Exhibit A is a true and correct copy of a Shipping Transaction Listing from Postal Annex, which indicates the postage was paid on January 20, 206, and which provides USPS tracking numbers for the service packets mailed to each Defendant.

9. Plaintiff has acted diligently and in good faith to effect service on all Defendants and intends to promptly file proofs of service upon receipt.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of January, 2026, at Del Mar, CA.

/s/ Jeremy C. Shafer
JEREMY C. SHAFER