# EXHIBIT A

## Shipping Transaction Listing

POSTAL ANNEX+ #12
7668 EL CAMINO REAL, STE 104
LA COSTA, CA 92009

Page: 1
01/21/2026 10:16 AM
Version 14.5.2.21

| PkgID/ Tracking # | Ship To: Name/Company | Customer: Name/Company | Recorded | Delivered | Received By | Service, Dest. Country | [User Defined] |
|---|---|---|---|---|---|---|---|
| 321571 9402750899561000061592 | NFL Enterprises LLC | BANNER LEGAL | 1/20/2026 | | | USPS Priority Flat-Rate To: USA | |
| 321572 9402750899561000061608 | NFL Properties LLC | BANNER LEGAL | 1/20/2026 | | | USPS Priority Flat-Rate To: USA | |
| 321573 9402750899561000061615 | NFL | BANNER LEGAL | 1/20/2026 | | | USPS Priority Flat-Rate To: USA | |
| 321574 9402750899562000061902 | ByteDance Inc. | BANNER LEGAL | 1/20/2026 | | | USPS Priority Flat-Rate To: USA | |
| 321575 9402750899563000062838 | ByteDance Ltd. | BANNER LEGAL | 1/20/2026 | | | USPS Priority Mail To: USA | |
| 321576 9402750899562000061919 | TIKTIK, INC | BANNER LEGAL | 1/20/2026 | | | USPS Priority Mail To: USA | |
| 321577 9402750899563000062845 | FANATICS | BANNER LEGAL | 1/20/2026 | | | USPS Priority Flat-Rate To: USA | |
| 321578 9405550899561026000813 | NFL [This one was void take out] | BANNER LEGAL | 1/20/2026 | **VOIDED** | | USPS Priority Flat-Rate To: USA | |
| 321579 9402750899561000061622 | NFL | BANNER LEGAL | 1/20/2026 | | | USPS Priority Flat-Rate To: USA | |

*[handwritten note: ones @ top top 2 envelopes.]*