**BANNER LEGAL**
Jeremy C. Shafer (Bar No. 235318)
445 Marine View Ave., Suite 300
Del Mar, CA 92014
Tel: (888) 215-7834
Email: jshafer@bannerlegal.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GFC & SUPPLY INC., dba BIGPAPA BREAKS,<br><br>                    Plaintiff,<br>    vs.<br><br>TIKTOK INC. and any successors in interest; BYTEDANCE INC.; BYTEDANCE LTD.; FANATICS, INC; NATIONAL FOOTBALL LEAGUE, AN UNINCORPORATED ASSOCIATION; NFL PROPERTIES LLC; NFL ENTERPRISES LLC; AND DOES 1–50, INCLUSIVE,<br><br>                    Defendants. | Case No.:<br><br>**2:25-cv-10054**-JLS-(AGRx)<br><br>Honorable Josephine L. Staton, United States District Judge<br><br>Complaint Filed:  October 20, 2025<br>Trial Date:          Not Set |

[PROPOSED] **ORDER DISCHARGING ORDER TO SHOW CAUSE**

///

The Court, having considered Plaintiff GFC & Supply Inc.'s Response to the Order to Show Cause Re Dismissal for Lack of Prosecution, and good cause appearing, hereby ORDERS:

1. The Order to Show Cause Re Dismissal for Lack of Prosecution is **DISCHARGED**; and

2. Plaintiff's deadline to effect service of the Summons and Complaint on all Defendants is **EXTENDED by thirty (30) days** from the date of this Order.

DATED: _____    _____
                                             HON. JOSEPHINE L. STATON
                                             UNITED STATES DISTRICT JUDGE