UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GFC & SUPPLY INC., dba BIGPAPA BREAKS,<br><br>    Plaintiff,<br><br>    v.<br><br>TIKTOK INC. and any successors in interest; BYTEDANCE INC.; BYTEDANCE LTD.; FANATICS, INC; NATIONAL FOOTBALL LEAGUE, AN UNINCORPORATED ASSOCIATION; NFL PROPERTIES LLC; NFL ENTERPRISES LLC; AND DOES 1–50, INCLUSIVE,<br><br>    Defendant. | **Case No. 2:25-cv-10054-JLS(AJRX)**<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE (Doc. 17); AND (2) EXTENDING DEADLINE TO EFFECTUATE SERVICE** |

     Having reviewed Plaintiff GFC & Supply Inc.'s Response to the Order to Show Cause Re Dismissal for Lack of Prosecution (Doc. 18), and good cause appearing, the Court hereby ORDERS:

1. The Order to Show Cause Re Dismissal for Lack of Prosecution (Doc. 17) is DISCHARGED; and
2. Plaintiff's deadline to effect service of the Summons and Complaint on all Defendants is EXTENDED by **thirty (30) days** from the date of this Order.

DATED: February 6, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2