LATHAM & WATKINS LLP
 Alicia R. Jovais (Bar No. 296172)
  alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600

 *Attorney for Defendants Fanatics LLC,*
*Fanatics Collectibles Intermediate Holdco*
*Inc., Fanatics Holdings, Inc., and Fanatics*
*SPV, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GFC & SUPPLY INC., dba BIGPAPA BREAKS,<br><br>         Plaintiff,<br><br>   vs.<br><br>TIKTOK INC. and any successors in interest; BYTEDANCE INC.; BYTEDANCE LTD.; TIKTOK USDS JOINT VENTURE LLC; FANATICS INC. and it successors in interest; FANATICS, LLC; FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.; FANATICS HOLDINGS, INC.; FANATICS SPV, LLC; SILVER LAKE TECHNOLOGY MANAGEMENT, L.L.C.; NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; NFL ENTERPRISES LLC; AND DOES 1–50, INCLUSIVE,<br><br>         Defendants. | Case No. 2:25-cv-10054-JLS-AGR<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR FANATICS DEFENDANTS' RESPONSE TO AMENDED COMPLAINT**<br><br>[Civil Local Rule 8-3]<br><br>Hon. Josephine L. Staton<br><br>Amended Complaint served: March 4, 2026<br><br>Current response date: May 4, 2026<br><br>New response date: (a) 60 days from the Court's order granting Plaintiff leave to amend; or (b) 30 days from the Court's order denying Plaintiff leave to amend |

Defendants Fanatics LLC, Fanatics Collectibles Intermediate Holdco Inc., Fanatics Holdings, Inc., and Fanatics SPV, LLC (together, "Fanatics")[1] and Plaintiff GFC & Supply Inc., dba BigPapa Breaks ("Plaintiff") (together, the "Parties") hereby stipulate and agree, through their undersigned counsel and pursuant to Local Rule 8-3, to extend the deadline for Fanatics' response to the Amended Complaint, subject to the approval of the Court ("Joint Stipulation"). In support of this Joint Stipulation, the Parties state as follows:

1.     Plaintiff filed its Amended Complaint on March 3, 2026. ECF No. 20.

2.     On March 23, 2026, counsel for Fanatics sent Plaintiff's counsel a letter pursuant to Rule 11 of the Federal Rules of Civil Procedure, identifying certain false allegations in the Amended Complaint and requesting that Plaintiff's counsel correct them.

3.     Following receipt of the Rule 11 letter, on April 14, 2026, Plaintiff's counsel indicated to Fanatics' counsel that Plaintiff intends to file a motion for leave to further amend its Amended Complaint.

4.     Fanatics' response to the Amended Complaint is currently due on May 4, 2026. Because it is unlikely that the Court will rule on Plaintiff's anticipated motion for leave to amend before May 4, and to avoid spending time and resources briefing a motion to dismiss that may be superseded by a further amended complaint, the Parties have conferred and agreed to extend the deadline for Fanatics' response to the Amended Complaint.

5.     Fanatics does not presently intend to take a position on Plaintiff's anticipated motion for leave to amend; however, if Plaintiff attempts to introduce wholly new allegations beyond corrections to the false statements identified in Fanatics' Rule 11 letter, Fanatics reserves the right to oppose amendment with respect to those allegations.

6.     No prior stipulations to extend time have been entered in this action.

---

[1] Plaintiff also named Fanatics, Inc., which no longer exists as a legal entity.

7.    The Joint Stipulation will have no other effect on the schedule.

8.    The Parties therefore agree and stipulate to the following deadlines:

a.    If the Court grants Plaintiff leave to amend, Fanatics' response to the amended pleading shall be due sixty (60) days after the Court's order granting leave to amend, consistent with the amount of time Fanatics otherwise had to respond to the Amended Complaint in exchange for waiving service.

b.    If the Court denies Plaintiff leave to amend, Fanatics' response to the current Amended Complaint (ECF No. 20) shall be due thirty (30) days after the Court's order denying leave to amend.

Dated: April 27, 2026                    Respectfully submitted,

LATHAM & WATKINS LLP

By:  /s/ Alicia R. Jovais
    Alicia R. Jovais
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111-6538
    Tel: (415) 391-0600
    alicia.jovais@lw.com

*Attorneys for Defendants Fanatics LLC, Fanatics Collectibles Intermediate Holdco Inc., Fanatics Holdings, Inc., and Fanatics SPV, LLC*

Dated: April 27, 2026                    Respectfully submitted,

Banner Legal

By:  /s/ Jeremy C. Shafer
    Jeremy C. Shafer
    445 Marine View Ave., Suite 300
    Del Mar, CA 92014
    Tel.: (888) 215-7834
    jshafer@bannerlegal.com

*Attorney for Plaintiff GFC Supply Inc., dba BigPapa Breaks*

**<u>ATTESTATION</u>**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation to Extend Deadline for Fanatics' Response to Amended Complaint.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Alicia Jovais, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated:  April 27, 2026                                         */s/ Alicia R. Jovais*
                                                                        Alicia R. Jovais